UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 14-3509
_____


NATALIE MUNROE,

Appellant
v.

CENTRAL BUCKS SCHOOL DISTRICT;
N. ROBERT LAWS, Superintendent of Schools Central Bucks School District;
ABRAM LUCABAUGH, Principal Central Bucks High School East


_____


Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-12-cv-03546)
District Judge: Honorable Cynthia M. Rufe

_____


Argued June 8, 2015

Before: AMBRO, COWEN, and RESTANI*, Circuit Judges


**ORDER  AMENDING  PRECEDENTIAL  OPINION**


IT IS NOW ORDERED that the Precedential Dissenting Opinion in the above case filed September 4, 2015, be amended as follows:

On page 1, first paragraph, third line down, delete "is an" and "that" so the sentence reads: "This issue is closer than they suggest."

On page 1, first paragraph, line 11, delete "that wouldn't have changed" and add at the end of the sentence after "summary judgment" "against Munroe wouldn't have changed." The sentence should read: "Unexplainably, the District Court declined to

_____

* Honorable Judge Jane A. Restani, Judge for the United States Court of International Trade, sat by designation.

address this argument, saying only in a footnote that, even if it had considered the interview, its decision to enter summary judgment against Munroe wouldn't have changed."

On page 8, last paragraph, line 12, replace "was" with "were" so the phrase reads "Among the concerns noted were Munroe's sudden . . ."

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated:  October 25, 2019

2